UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-24059-CIV-ALTONAGA/Damian

TANYA ALLEN,

    Plaintiff,
v.

CARNIVAL CORPORATION & PLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff TANYA ALLEN, and Defendant CARNIVAL CORPORATION & PLC, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: August 11, 2023

    ARONFELD TRIAL LAWYERS
    */s/ Spencer M. Aronfeld*
    BY: Spencer M. Aronfeld, Esq.
    Attorney for Plaintiff TANYA ALLEN

    CARNIVAL CORPORATION & PLC
    */s/Zachary Foreman*
    BY: Zachary Foreman, Esq.
    Attorney for CARNIVAL CORPORATION & PLC